UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

MARIUS DAMASCHIN BUZANGIA,

        Plaintiff,

        - against -

DEPARTMENT OF
HOMELAND SECURITY—
UNITED STATES
CITIZENSHIP & IMMIGRATION
SERVICES,
MARY ANN GANTNER—as
District Director for the New York
District, and
MICHAEL CHERTOFF,
Secretary of the Department of
Homeland Security,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**STIPULATION AND
ORDER OF DISMISSAL**

Civil Action
No. CV-06-1817 *1740*

(Ross, J.)
(Pollak, M.J.)

        IT IS HEREBY STIPULATED AND AGREED by and between the parties to this

action that this action be dismissed pursuant to Rule 41 of the Federal Rules of Civil

Procedure. This dismissal is with prejudice.

Each party is to bear its own costs, fees, including attorney's fees, and disbursements.


Dated: New York, New York
       August 7, 2006

       Attorney for the Plaintiff

                                        ZAMIR IOSEPOVICI, ESQ.
                                        Popescu, Iosepovici & Associates
                                        225 Broadway, Suite 1901
                                        New York, NY  10007


Dated: New York, New York
       August 15, 2006

       Attorney for the Defendants      ROSLYNN R. MAUSKOPF
                                        United States Attorney
                                        Eastern District of New York
                                        1 Pierrepont Plaza, Fourteenth Floor
                                        Brooklyn, New York 11201

                                        By:
                                        RONALD W. KISH
                                        Special Assistant United States Attorney
                                        (212) 264-3475


SO ORDERED:

Dated: Brooklyn, New York
       August 17, 2006

                                        HONORABLE ALLAYNE R. ROSS
                                        United States District Judge